# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-174–KSM** |
| | : | |
| vs. | : | |
| | : | |
| **ANTOINE JORDAN-HARRIS** | : | |
| | : | |

## ORDER

**AND NOW**, this 23rd day of September, 2021, upon consideration of Defendant's Motion for Bail (Doc. No. 17), and the Government's response thereto (Doc. No. 19), after hearing in open court at which Defendant offered a witness and counsel offered oral argument in support of their respective positions, for the reasons discussed in the accompanying Memorandum, and the Court concluding based upon the record that no condition or combination of conditions will reasonably assure the appearance of Defendant and the safety of the community, it is **ORDERED** that the Motion is **DENIED**. Defendant shall remain in detention.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.